IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICK WILSON,

    Plaintiff,

v.                                                                    CIV 10-0237 KBM/ACT

VILLAGE OF LOS LUNAS, DENISE WALKER,
A police officer working for the Los Lunas Police
Department, THOMAS TAYLOR, a police officer working
For the Los Lunas Police Department,

    Defendants.

## ORDER ON DEFENDANTS' RENEWED MOTIONS IN LIMINE

**THIS MATTER** comes before the Court on Defendants' Renewed Motions in Limine (*Doc. 74*), filed October 30, 2013. On November 4, 2013, just prior to the commencement of trial, counsel indicated on the record that they had reached agreements with respect to each of the areas of evidence identified in Defendants' Renewed Motions in Limine, with the exception of "Point IV." In Point IV, Defendant seeks exclusion of any testimony at trial related to symptoms or injuries sustained by Plaintiff, other than cuts or abrasions, as a result of the subject incident. Having reviewed the parties' submissions and the relevant law and having heard argument of counsel, the Court concludes for the reasons stated on the record that Plaintiff will be permitted to testify regarding the pain that he experienced as a result of the subject incident.

**IT IS THEREFORE ORDERED** that Defendants' Renewed Motions in Limine (*Doc. 74*) will be denied with respect to Point IV and that the motion will otherwise be denied as moot.

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE