IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICK WILSON,**

    **Plaintiff,**

vs.

                              No. CIV 10-237-KBM/ACT

**VILLAGE OF LOS LUNAS, DENISE WALKER,**
A police officer working for the Los Lunas Police
Department, Thomas Taylor, a police officer
Working for the Los Lunas Police Department,

    **Defendants.**

## CLERK'S ORDER SETTLING COSTS

**THE CLERK,** pursuant to Local Rule 54 of the Rules of the United States District Court for the District of New Mexico, effective January 1, 2012, and after reviewing Defendants' Motion to Tax Costs**, [doc. 95]**, filed November 18, 2013, finds as follows:

1. **Description: Fees of the Clerk (Filing fee and Jury Questionnaires).**

    Allowed:      XX                Dollar Amount:       $360.00

Comments: Title 28 U.S.C. § 1920(1) provides that "[f]ees of the clerk" may be taxed as costs. Accordingly, this cost is allowed.

2. **Description: Depositions (Rick Wilson and Denise Walker) .**

    Disallowed:    XX                Dollar Amount:       $918.90

Comments: This fee request lacks sufficient documentation, receipt or proof of payment, and is therefore disallowed.

3. **Description: New Mexico Gross Receipts Tax on Paul Baca .**

Disallowed:   XX                    Dollar Amount:         $ 64.32

Comments: This fee request lacks sufficient documentation, receipt or proof of payment, and is therefore disallowed.

**TOTAL COSTS ALLOWED:**              **$360.00**

**TOTAL COSTS DISALLOWED:**           **$983.22**

**ACCORDINGLY,** costs are taxed against Plaintiff and in favor of Defendant in the amount of $360.00. A motion for review by the Court, if desired, shall be made within seven days of this order.

_____
Matthew J. Dykman, Clerk of Court
United States District Court